THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE WAYNETTA TAYLOR,  :
   Plaintiff,      :   CIVIL ACTION
             :
   v.          :
             :   NO. 21-3087
KILOLO KIJAKAZI,      :
Acting Commissioner of Social Security :
   Defendant.     :

## ORDER

**AND NOW**, this 15th   day of March, 2022, upon review of the brief in support of the request for review filed by Plaintiff, Defendant's contested motion to remand, and Plaintiff's response thereto (Docs. 10-12), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Request for Review (Doc. 10) is **GRANTED IN PART AND DENIED IN PART**, Defendant's Motion to Remand (Doc. 11) is **GRANTED**, the final decision of the Commissioner denying Plaintiff's application is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

         BY THE COURT:

         /s/ David R. Strawbridge, USMJ
         DAVID R. STRAWBRIDGE
         UNITED STATES MAGISTRATE JUDGE